# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: CIRCUIT RULE 31 / SPECIFIC PARTY SUBMISSION

April 1, 2013

| No.: 12-3492 | IN RE: ALEJANDRO PALOMAR, SR. and RAFAELA PALOMAR, Debtors - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:12-cv-02418  Northern District of Illinois, Eastern Division  District Judge Gary S. Feinerman | |

The appellee's response brief was due on January 9, 2013. When it failed to file a brief, the court twice ordered appellee First American Bank to show cause why the appeal should not be submitted for decision without the filing of a brief and without oral argument on its behalf. The response to the most recent show cause order was due on March 13, 2013, but the appellee has failed to respond to either show cause order. Accordingly,

**IT IS ORDERED** that this appeal will be submitted for decision without a brief and without oral argument by the appellee. *See* Cir. R. 31(d). This appeal is now ready for disposition.

form name: **c7_Order_CR31d_Subm_Specific_Appellee**(form ID: **175**)