# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ORAL ARGUMENT

April 18, 2013

| No.: 12-3492 | IN RE: ALEJANDRO PALOMAR, SR. and RAFAELA PALOMAR, Debtors - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:12-cv-02418<br>Northern District of Illinois, Eastern Division<br>District Judge Gary S. Feinerman | |

**IT IS ORDERED** that this case be orally argued on Tuesday, May 21, 2013, in the Ceremonial Courtroom, Room 2525 of the United States Court of Appeals for the Seventh Circuit, 219 South Dearborn Street, Chicago, Illinois, at 10:30 a.m.

Oral argument will be no more than 10 minutes to Appellant only. Counsel are advised that the panel of judges assigned to oral argument may decide, after reading the briefs, that less time is required for oral argument.

**IT IS FURTHER ORDERED** that counsel notify the Calendar Clerk ( 312-435-5850 ) who will present oral argument by completing the oral argument confirmation form and filing an electronic copy of the completed form through the Electronic Case Filing (ECF) System. Notice of this case entry must be received in the clerk's office no later than 5 business days prior to the scheduled argument date.

Copies of this notice have been sent to counsel of record.

**NOTE:** Any request for waiver or postponement of a scheduled oral argument must be made by formal motion, with proof of service on all other parties and must be received by the court within five (5) calendar days from the date at the top of this notice. Postponement will be granted only in extraordinary circumstances. See Circuit Rule 34(e).